# UNITED STATES DISTRICT COURT
for the

United States District Court
Southern District of Texas
FILED
MAR -4 2011
David J. Bradley, Clerk

United States of America
v.
Israel AVILA USC 1961

Case No. M-11-0475-M

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  03-03-2011  in the county of  Hidalgo  in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | knowingly and intentionally possess with intent to distribute more than 100 kilograms of marijuana but less than 1,000 kilograms that is approximately 528.35 kilograms of marijuana, a Schedule I Controlled Substance under the Controlled Substance Act. |

This criminal complaint is based on these facts:

On 03-03-2011, DEA Agents received information regarding a property in San Juan, Texas which would be concealing narcotics. Agents established surveillance in the area of Military Rd. and Stewart Rd. in San Juan, Texas and located a property at 720 E. Doffing which matched the information which was received by agents. DEA Agents along with US Border Patrol Agents, and the Hidalgo County Sheriff's Department approached the property. As agents approached the property they encountered the owner of the residence, which was identified as Isreal AVILA. AVILA stated that he was the owner of the property. At this time, Agents asked AVILA for consent to search the property and AVILA gave verbal and written consent to a search of his property. While agents searched the property, AVILA told agents that there

☒ Continued on the attached sheet.

Approved:
Robert Wells A AUSA
3/4/11

_____
Complainant's signature

Elizabeth Gutierrez, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 4, 2011

_____
Judge's signature

City and state: McAllen, Texas

Peter B. Ormsby U.S. Magistrate Judge
*Printed name and title*

were chicken cages on his property which contained concealed narcotics. Agents approached the chicken cages and observed that there was a gate surrounding the cages and a make-shift residence. AVILA gave agents the key to open the gate and agents continued searching on the property. Agents discovered 28 bundles of marijuana in the chicken cages and an additional 2 bundles inside the residence. AVILA also stated that inside his main residence there was a marijuana bundle inside his refrigerator which he used for personal use.  In total, agents seized 31 bundles of marijuana which were transported back to the DEA McAllen Office were they were weighed. In addition to the marijuana, agents seized one handgun and one rifle which AVILA stated belonged to him. The marijuana weighed approximately 528.35 kilograms. Once at the office AVILA was read his Miranda Rights in the English language by SA Lucy Carter as witnessed by GS Artemio Cantu. AVILA stated that he did not want to make any statements in regards to the marijuana found on his property due to the danger that it would put him and his mother in.