UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 2 2011

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | | |
|---|---|---|---|
| | § | | |
| v. | § | Criminal No. | M-11- 398 |
| | § | | |
| ISRAEL AVILA | § | | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about March 3, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ISRAEL AVILA**

did knowingly and intentionally conspire and agree with other person or persons known and unknown to the Grand Jurors, to knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

### Count Two

On or about March 3, 2011, in the Southern District of Texas, and within the jurisdiction of the Court, defendant,

**ISRAEL AVILA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 100 kilograms or more, that is, approximately 528 kilograms of

a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## Count Three

On or about March 3, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ISRAEL AVILA**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, in the 93rd District Court, Hidalgo County, Texas, on April 24, 1996, in cause number CR-1773-95-B, for felony driving while intoxicated, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a H. Weihrauch, Model HW38, .38 special caliber revolver, serial number 534868.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

FOREPERSON

JOSE ANGEL MORENO
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY