IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| vs | § | Criminal Case No. 7:11cr398-1 |
| | § | |
| ISRAEL AVILA | § | Proceeding: JURY TRIAL |
| | § | Date: May 26, 2011 |
| | § | |

**COURT LIST OF DEFENDANT'S EXHIBITS**

| No. | DESCRIPTION | OFFERED | OBJ | ADMITTED | | DISPOSITION |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | YES | NO | |
| 1 | Photograph | X | | X | | |
| 2 | Photograph | X | | X | | |
| 3-18 | Photographs | X | | X | | |