United States District Court
Southern District of Texas
FILED

MAY 2 7 2011

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL ACTION NO. M-11-398 |
| ISRAEL AVILA | | |

## SPECIAL VERDICT

**WE, THE JURY, FIND:**

THE DEFENDANT, **ISRAEL AVILA**,

___Guilty___ as to Count 1, as charged in the indictment;
*(Insert "Guilty" or "Not Guilty")*

___Guilty___ as to Count 2, as charged in the indictment;
*(Insert "Guilty" or "Not Guilty")*

*If you find the defendant not guilty as to Count 2, please answer the following:*

Do you find beyond a reasonable doubt that the defendant knowingly possessed a controlled substance that was in fact marijuana?

_____
*(Insert "Yes" or "No")*

___Guilty___ as to Count 3, as charged in the indictment.
*(Insert "Guilty" or "Not Guilty")*

5/27/11
DATE

FOREPERSON'S SIGNATURE

1 / 1