UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. M-11-398 |
| | § | |
| ISRAEL AVILA | § | |

### ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for September 20, 2011) is hereby reset for sentencing on October 20, 2011 at 2:00 p.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED this 19th day of September, 2011, at McAllen, Texas.

_____
Randy Crane
United States District Judge